AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 18 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17mj512-RHW-1 |
| | ) | |
| | ) | |
| Tony D. Crawford | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 17, 2017_____ in the county of _____Harrison_____ in the _____Southern_____ District of _____MS, Southern Division_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Istre, Special Agent, ATFE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JAN. 18, 2017

_____
*Judge's signature*

City and state: Gulfport, Mississippi

Robert H. Walker, United States Magistrate Judge
*Printed name and title*

Affidavit for Criminal Complaint

I, Kevin Istre, being duly sworn and deposed, state the following:

I am a Special Agent employed by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in the Gulfport, Mississippi Field Office, and have been so employed since May, 2014. Beginning in November 2004, I was a Police Officer with the City of Baton Rouge, Louisiana, where I served as a Task Force Agent with the Drug Enforcement Administration from July, 2009 until May of 2014. During my career I have investigated violations of Federal and State laws to include firearms and illegal substances. Based upon personal knowledge and information I have received from other law enforcement investigators, I am aware of the following facts.

1. On January 17th, 2017 Biloxi Police Department along with the Harrison County Sheriff's Office and the Bureau of Alcohol, Tobacco, Firearms and Explosives effected the arrest of Tony CRAWFORD at his residence located at the Elmwood Apartments, 2020 Lawrence Street, Unit H62, in the City of Biloxi, County of Harrison, Southern District of Mississippi. CRAWFORD had an active felony warrant though Harrison County Circuit Court for Failure to Appear on a narcotics charge.

2. Subsequent to taking CRAWFORD into custody inside of the residence, a State of Mississippi search warrant was obtained for the residence due to arresting officers plain view observations of narcotics. Upon executing this warrant, investigators located two loaded firearms: a Taurus model PT-111 G2 9mm handgun bearing serial number TJU20952 and a HiPoint model 4592 .45 caliber rifle bearing serial number R62206. The affiant knows through

his training and experience neither Taurus nor HiPoint firearms are manufactured in the State of Mississippi causing both firearms to travel in interstate commerce.

3. CRAWFORD was advised of his Miranda rights, waived them and gave a statement to the affiant and investigators. CRAWFORD advised the affiant he directed another subject to purchase the Taurus firearm on his behalf and provided the third-party subject with the funds for the firearm. CRAWFORD advised the firearm was for his safety and he kept it at the apartment. CRAWFORD advised investigators the HiPoint rifle belonged to a friend, a felon, and advised his friend to leave the firearm in his care and custody at the above listed residence as it wasn't safe for him to drive with it due to police activity. CRAWFORD advised the friend was supposed to return to his residence on 1/17/16 to retrieve the firearm from him.

4. CRAWFORD was convicted in 2013 of Possession of a Controlled Substance in the State of Mississippi, a crime punishable by more than one year in jail, and sentenced to Three Years to serve in the custody of the Mississippi Department of Corrections.

5. Based upon the foregoing information and my training and experience I believe information has been presented which supports a request for the issuance of an arrest warrant for TONY D. CRAWFORD for violations of Title 18, United States Code Section 922(g)(1), felon in possession of a firearm.

_____
Kevin Istre
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed by me this 18th day of January, 2017.

_____
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE